# Order

Michigan Supreme Court
Lansing, Michigan

January 9, 2009

137514

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

LONNIE MICHAEL WARREN,
  Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137514
COA: 278897
Kalamazoo CC: 06-002461-FC

On order of the Court, the application for leave to appeal the September 23, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

Clerk